1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  COLTON JAMES ROOD,

9        Plaintiff,

10     v.

11  SECRETARY OF CDCR, et al.,

12        Defendants.

13

Case No. 1:22-cv-00449-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION
SHOULD NOT BE DISMISSED

(ECF Nos. 13, 18)

14      Plaintiff Colton James Rood is proceeding pro se and in forma pauperis in this civil rights
15 action filed pursuant to 42 U.S.C. § 1983.

16      On June 15, 2022, the Court screened Plaintiff's first amended complaint, found no
17 cognizable claims, and granted one final opportunity to amend the complaint within thirty days.
18 (ECF No. 13.)  Plaintiff has not responded to the Court's order and the time to do so has expired.
19 Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall
20 show cause why this action should not be dismissed for failure to prosecute, failure to comply
21 with a court order, and failure to state a cognizable claim for relief.  Plaintiff's failure to comply
22 with this order will result in a recommendation to dismiss the action.

23
IT IS SO ORDERED.
24
25 Dated:  __November 7, 2022__

                   UNITED STATES MAGISTRATE JUDGE

26
27
28

1