# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>  Plaintiff,<br><br>  v.<br><br>SECRETARY OF CDCR, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00449-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON NOVEMBER 7, 2022<br><br>(ECF No. 20) |

Plaintiff Colton James Rood is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 15, 2022, the Court screened Plaintiff's first amended complaint, found no cognizable claims, and granted one final opportunity to amend the complaint within thirty days. (ECF No. 13.)  After receiving an extension of time, Plaintiff failed to file an amended complaint.  Therefore, on November 7, 2022, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed.  (ECF No. 20.)  On November 14, 2022, Plaintiff filed a response to the order to show cause, along with a first amended complaint.  (ECF Nos. 21, 22.)  In his response to the order to show cause, Plaintiff indicates that he submitted his amended complaint for filing on October 26, 2022.  (ECF No. 22.)

///

///

///

1

On the basis of good cause, it is HEREBY ORDERED that:

1. The order to show cause issued on November 7, 2022, is DISCHARGED; and
2. The Court will screen Plaintiff's first amended complaint in due course.

IT IS SO ORDERED.

Dated:   **November 15, 2022**

UNITED STATES MAGISTRATE JUDGE

2