# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>  Plaintiff,<br><br>  v.<br><br>SECRETARY OF CDCR, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00449-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 31) |

Plaintiff Colton James Rood is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 1, 2023, the Court screened Plaintiff's first amended complaint, found that Plaintiff stated the following three claims under the Eighth Amendment claim for deliberate indifference to his safety against: (1) Defendants Castillo, Juarez, Guitron, Trejo, and John Doe (building 5 floor officer) for the incident on November 5, 2020; (2) Defendant Morrell for the incidents between November 10, 2020 and November 23, 2020; and (3) Defendant Carrillo for the incident on February 10, 2021. Plaintiff also states a cognizable retaliation claim against Defendant Carrillo. However, only the deliberate indifference and retaliation claims against Defendant Carrillo are related. (ECF No. 24, at 15.) Plaintiff was granted leave to file a second amended complaint or notify the Court of intent to proceed only on one of the cognizable claims. (Id. at 16-17.)

After receiving three extensions of time, Plaintiff has failed to comply with the Court's February 1, 2023, and has not filed a second amended complaint or notified the Court of intent to

1

proceed on one of the claims found to be cognizable.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **June 26, 2023**

UNITED STATES MAGISTRATE JUDGE