UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CDCR, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-00449-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 36) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 11, 2023, the Court screened granted, in part, Plaintiff's motion for an extension of time to file an amended complaint. (ECF No. 36.) Plaintiff has not responded to the Court's order and the time to do so has expired. In fact, after screening the first amended complaint and directing Plaintiff to either file an intent to proceed on the claims found to be cognizable or file a second amended complaint, Plaintiff has sought and received FOUR extensions of time and the issued one order to show cause for failure to respond to the February 1, 2023 screening order. (ECF Nos. 25, 26, 27, 28, 30, 31, 32, 35, 36.) Plaintiff has again failed to file an amended complaint or otherwise comply with the Court's screening order and the time to do has passed. Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause by providing specific details as to why this action should not be dismissed for failure to prosecute,

failure to comply with a court order, and failure to state a cognizable claim for relief. As the Court's screening order issued over seven months ago, no further extensions of time will be granted, absent extraordinary circumstances. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:  **September 20, 2023**

UNITED STATES MAGISTRATE JUDGE