UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CDCR, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-00449-SAB (PC)<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 37, 38) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On August 11, 2023, the Court screened granted, in part, Plaintiff's motion for an extension of time to file an amended complaint. (ECF No. 36.) Plaintiff has not responded to the Court's order and the time to do so has expired. In fact, after screening the first amended complaint and directing Plaintiff to either file an intent to proceed on the claims found to be cognizable or file a second amended complaint, Plaintiff has sought and received FOUR extensions of time and the issued one order to show cause for failure to respond to the February 1, 2023 screening order. (ECF Nos. 25, 26, 27, 28, 30, 31, 32, 35, 36.) Plaintiff has again failed to file an amended complaint or otherwise comply with the Court's screening order and the time to do has passed. Accordingly, on September 20, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 37.)

1

On September 25, 2023, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 38.) Plaintiff submits that he has been without his legal property and he is in need of additional time in order to respond to the Court's screening order. (Id.)

On the basis of good cause, it is HEREBY ORDERED that:

1. The Court's September 20, 2023 order to show cause (ECF No. 37) is vacated; and
2. Plaintiff is granted thirty days from the date of service of this order to respond to the Court's screening order;
3. Plaintiff's failure to file a response will result in a recommendation to dismiss the action for failure to comply with a court order and failure to prosecute; and
4. No further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:    **September 26, 2023**

UNITED STATES MAGISTRATE JUDGE