UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF CDCR, et al.,<br><br>    Defendants. | No. 1:22-cv-00449-NODJ-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 51)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CLAIMS AND DEFENDANTS<br><br>(ECF No. 49) |

   Plaintiff Colton James Rood is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On February 13, 2024, the Court issued one last order to show cause why the action should not be dismissed. (ECF No. 48.) Plaintiff failed to respond to order to show cause within the time frame. Accordingly, on March 4, 2024, Findings and Recommendations were issued to dismiss the action based on Plaintiff's failure to comply a court order and failure to prosecute. (ECF No. 51.) On this same date, Plaintiff filed a response to the Court's February 13, 2024, order to show cause. (ECF No. 49.) In his response, Plaintiff states the he did not receive the Court's February 13, 2024 order until February 27, 2024, and he wishes to proceed only on his

1

deliberate indifference and retaliation claims against Defendant Carrillo. (Id.) Inasmuch as Plaintiff has filed a response to the latest order to show cause (albeit untimely) and expressed his willingness to proceed on one of the claims found to be cognizable, the Court will vacate the Findings and Recommendations recommending dismissal of the action.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on March 4, 2024 (ECF No. 51) are VACATED;

2. The instant action proceed against Defendant Carrillo for deliberate indifference and retaliation as stated in the February 1, 2023 screening order; and

3. All other claims and Defendants be dismissed from the action, without prejudice.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **March 5, 2024**

UNITED STATES MAGISTRATE JUDGE