UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLTON JAMES ROOD** | **1:22-CV-00449-KES-SAB** |
| Plaintiff, | NEW CASE NUMBER: |
| v. | **1:22-CV-00449-SAB** |
| **E. CARRILLO** | **ORDER REASSIGNING CASE** |
| Defendant. | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Kirk E. Sherriff to the docket of United States Magistrate Judge Stanley A. Boone, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:22-CV-00449-SAB**

IT IS SO ORDERED.

Dated:   July 31, 2024

_____
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28