UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, <br><br> Plaintiff, <br><br> v. <br><br> SECRETARY OF CDCR, et al., <br><br> Defendants. | No. 1:22-cv-00449-SAB (PC) <br><br> ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER <br><br> (ECF Nos. 64, 71) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 30, 2024, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on November 21, 2024, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 64.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days. (Id.)

On November 6, 2024, Defendant filed a motion to opt-out of the settlement conference because after investigation he believes a settlement conference would be unproductive at this time. (ECF No. 71.)

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for November 21, 2024, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**November 7, 2024**__

STANLEY A. BOONE
United States Magistrate Judge