UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF CDCR, et al.,<br><br>    Defendants. | No. 1:22-cv-00449-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OPPOSITION FILED ON MAY 9, 2025 (ECF No. 83)<br><br>(ECF No. 91) |

       Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

       On March 7, 2025, Defendant moved for summary judgment for Plaintiff's failure to exhaust the available administrative remedies. (ECF No. 77.) Plaintiff filed a first opposition on May 9, 2025. (ECF No. 83.) A few days later, on May 15, 2025, he notified the Court and Defendant that he would file a second opposition that shall overtake his first opposition. (ECF No. 87.) Thereafter, Plaintiff filed a second opposition on May 19, 2025. (ECF No. 90.) The arguments and evidence in ECF Nos. 83 and 90 differ.

       On May 23, 2025, Defendant requests clarification from this Court whether to allow Plaintiff's second opposition to "overtake" his first one. (ECF No. 91.)

       Based on Plaintiff's filings, the Court clarifies that Defendant's reply in support of his motion for summary judgment in ECF No. 77 only needs to address Plaintiff's arguments and

1

evidence in ECF No. 90 and can disregard Plaintiff's arguments and evidence in ECF No. 83. Further, Defendant's reply is due on or before June 2, 2025.

IT IS SO ORDERED.

Dated:   **May 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge