UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>        Plaintiff,<br><br>    v.<br><br>E. CARRILLO,<br><br>        Defendant. | No. 1:22-cv-00449-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>Date:   **June 27, 2025**<br>Time:  **9:30 a.m.**<br>Judge:  **Carolyn M. Delaney** |

    Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    The Court finds that a settlement conference may further the resolution of this case. Therefore, this case will be referred to Magistrate Judge Carolyn K. Delaney to conduct a **video settlement conference, via the Zoom videoconferencing application**, on **June 27, 2025, at 9:30 a.m.** The Court will issue any necessary transportation order in due course.

    The parties shall contact Courtroom Deputy Lisa Kennison at (916) 930-4004 or lkennison@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes.

    The parties shall each submit to Judge Delaney a confidential settlement conference statement, as described below, to arrive at least seven days (one week) prior to the conference.

The Court puts the parties on notice that if Plaintiff has any outstanding criminal restitution obligation, fines and/or penalties, these settlement negotiations shall not be geared towards what the restitution obligation is, but what the value of the case itself is to each side, irrespective of any outstanding restitution obligation.

Defendant shall be prepared to negotiate the merits of the case and offer more than a waiver of costs as a reasonable compromise to settle the case. <u>The parties are also informed that an offer of dismissal in exchange for a waiver of costs is not considered good faith settlement negotiations</u>.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a **<u>video</u>** settlement conference, **via the Zoom videoconferencing application**, before Magistrate Judge Carolyn K. Delaney on **June 27, 2025 at 9:30 a.m.**

2. The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms **via the Zoom videoconferencing application**. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions. The manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR.

4. Defendant shall provide a confidential settlement statement to the following email address: **ckdorders@caed.uscourts.gov**. Plaintiff shall mail his confidential settlement statement to U.S. District Court, 501 I Street, Sacramento, California 95814, **"Attention: Magistrate Judge Carolyn K. Delaney."** The envelope shall be

marked "Confidential Settlement Statement." Settlement statements shall arrive no later than **June 20, 2025**. Parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)). Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.

5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.
    f. If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.
6. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.
7. The parties remain obligated to keep the Court informed of their current address at all times during the stay and while the action is pending. Any change of address must be reported promptly to the Court in a separate document captioned for this case and

entitled "Notice of Change of Address." See Local Rule 182(f).

IT IS SO ORDERED.

Dated: **May 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge