UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 1:22-cv-00449-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES |
| v. | |
| CARRILLO, | (ECF No. 110) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the discovery and dispositive motion deadlines, filed March 6, 2026.

Good cause having been presented, it is HEREBY ORDERED that Defendant's motion is granted, and the discovery deadline is extended to **May 30, 2026**, and the dispositive motion deadline is extended to **June 28, 2026**.

IT IS SO ORDERED.

Dated:   **March 6, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge

1